THE MUTUAL LIFE INSURANCE COMPANY OF NEW YORK, Respondent, *v.* EUGENIE ROTHSCHILD et al., Appellants, Impleaded with Others.

*Mutual Life Ins. Co. of N. Y. v. Rothschild,* 177 App. Div. 883, affirmed.

(Argued March 12, 1919; decided April 8, 1919.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered March 15, 1917, modifying and affirming as

modified a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term in an action to foreclose a mortgage upon real property. The judgment awarded a deficiency judgment against the defendants, appellants, personally. The appeal was from so much and such part of said judgment as directs that said defendants pay to the plaintiff the amount of any deficiency, and also from so much and such part of said judgment as specifies and directs the manner and method of computing such deficiency, the appellants contending that there was an extension by the mortgagee of the time for the payment of the mortgage debt, entered into after the conveyance by the mortgagor bondsman of the mortgaged premises and without his knowledge or consent. The trial court held that the defendants, appellants, by the original agreement in the bond consented in advance to whatever extension agreements might thereafter be made between any owner of the property and the plaintiff.

*Everett B. Heymann* and *Jacob Schnebel* for appellants.
*Frederick L. Allen* and *Charles L. Griffin* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, HOGAN, CARDOZO, POUND, McLAUGHLIN and ANDREWS, JJ.